SOUNDVIEW MANOR PROPERTY OWNERS ASSOCIATION,
INC. *v.* HY KRAMER
(7909)

DUPONT, C. J., NORCOTT and LAVERY, Js.

Argued February 13—decision released February 22, 1990

*Vincent M. Simko,* with whom was *Linda Von-Ancken,* for the appellant-appellee (defendant).

*Hale C. Sargent,* for the appellee-appellant (plaintiff).

PER CURIAM. There is no error.